JUDGE SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FABIAN GODINEZ-OSEGUERA, ) <br> ) <br> Defendant. ) | No.  CR11-05545 BHS <br><br> ORDER GRANTING MOTION TO WITHDRAW AND ALLOWING SUBSTITUTION OF COUNSEL |

Upon motion of defense counsel, Michael Schwartz, for leave to withdraw as counsel for FABIAN GODINEZ-OSEGUERA, and the supporting affidavit of counsel filed herein, the Court hereby

ORDERS that Michael Schwartz is hereby allowed to withdraw as counsel for the defendant; and it is further

ORDERED that the Criminal Justice Administration appoint substitute counsel.

DATED this 17th day of July, 2012.

_____
Honorable Benjamin H. Settle

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.


By: _____/s/_____
Michael E. Schwartz, WSBA #21824
     Attorney for Defendant

Law Offices of Michael Schwartz, inc.
524 Tacoma Avenue South
Tacoma, WA 98402
(253)272-7161 fax (253)272-7178